UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDULLAH ABUBALA,

                Plaintiff,

    -against-

OTIS BANTUM CORRECTIONAL FACILITY, ET AL.,

                Defendants.

24 CIVIL 9610 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the January 27, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 29, 2025
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge